FILED

03/11/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0587

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0587

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MARK ALAN MENDOZA,

    Defendant and Appellant.

O R D E R

_____

    Appellant has filed a motion for an extension of time to file the reply brief in the referenced matter.

    IT IS ORDERED that the motion for extension is GRANTED. Appellant has until April 9, 2021, within which to file his reply brief.

    No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 11 2021